PD-1596-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/8/2015 11:39:53 AM
Accepted 4/8/2015 11:45:06 AM
ABEL ACOSTA
CLERK

Case Nos. PD-1595-14 and PD-1596-14

| | | |
|---|---|---|
| ROGER LIVERMAN *and*<br>AARON LIVERMAN,<br><br>  *Appellants*<br><br>v.<br><br>STATE OF TEXAS,<br><br>  *Appellee* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | COURT OF CRIMINAL APPEALS<br><br>OF TEXAS |

---

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON THE MERITS

---

Appellants Roger Liverman and Aaron Liverman file this Unopposed Motion for Extension of Time to file their Brief on the Merits and would respectfully show this Court the following:

1. Appellants' Brief on the Merits is due April 10, 2015.

2. Appellants respectfully request a 14-day extension of their deadline. If permitted, their brief would be due on April 24, 2015.

3. Appellants seek this extension because their undersigned counsel has been occupied with the following deadlines during the days and weeks since the State's filed its brief with this Court:

- 1 -

— March 23, 2015: Response to Motion to Dismiss in *Wesson v. City of Dallas*, which is pending in the United States District Court for the Northern District of Texas as Civil Action No. 3:14-CV-4325;

— March 24, 2015: Response to three motions for summary judgment in *Melendez v. Rumsey Site Construction, LLC*, which is pending in the 62nd Judicial District Court of Hopkins County, Texas as Cause No. CV-41232;

— March 30, 2015: Response to motion for summary judgment in *Blair v. City of Dallas*, which is pending in the United States District Court for the Northern District of Texas as Civil Action No. 3:14-CV-1515;

— March 31, 2015: Hearing on three motions for summary judgment in *Melendez v. Rumsey Site Construction, LLC*, which is pending in the 62nd Judicial District Court of Hopkins County, Texas as Cause No. CV-41232;

— April 6, 2015: Response to Motion to Dismiss in *Harper v. City of Dallas*, which is pending in the United States District Court for the Northern District of Texas as Civil Action No. 3:14-CV-2647; and

— April 7, 2015: Response to Motion to Dismiss in *Tolan v. City of Bellaire*, which is pending in the United States District Court for the Southern District of Texas as Civil Action No. 4:09-CV-1324; and

— April 9, 2015: Full-day mediation in *Melendez v. Rumsey Site Construction, LLC*, which is pending in the 62nd Judicial District Court of Hopkins County, Texas as Cause No. CV-41232.

4. Appellants have neither requested or nor received any previous extensions of time to file any document in this case.

5. This motion is not made for purposes of delay, but so that justice may be done.

Respectfully submitted,

s/ Matthew J. Kita
MATTHEW J. KITA
Texas Bar No. 24050883

P.O. Box 5119
Dallas, Texas 75208
(214) 699-1863 (Telephone)
(214) 347-7221 (Facsimile)
matt@mattkita.com

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

On April 7, 2015, I conferred with the State's counsel regarding the merits of this motion, who represented that he is unopposed to the relief requested.

/s/ Matthew J. Kita
MATTHEW J. KITA

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this notice was served on the following counsel via e-filing in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's Local Rules on April 8, 2015:

*Counsel for Appellee:*

Ms. Lara Tomlin
Denton County District Attorneys' Office
P. O. Box 2344
Denton, Texas 76202

/s/ Matthew J. Kita
MATTHEW J. KITA